UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-39 |
| | ) | (PHILLIPS) |
| DEANA JEAN RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court upon defendant's motion to file pleading under seal [Doc. 20]. Defendant asserts that the pleading contains sensitive information to the case, which is disclosed to the Court to aid in the administration of justice, but if disclosed to the public, would unduly prejudice the defendant. For good cause stated, defendant's motion to file pleading under seal [Doc. 20] is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

    s/ Thomas W. Phillips
UNITED STATES DISTRICT JUDGE